IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Rodgers, Ronald E | Case Number: 04 B 27097 |
| | Judge: Squires, John H |
| Printed: 6/3/08 | Filed: 7/21/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 30, 2008
Confirmed: September 8, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 51,750.00 | |
| Secured: | | 7,336.29 |
| Unsecured: | | 38,784.81 |
| Priority: | | 0.00 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 2,734.90 |
| Other Funds: | | 0.00 |
| Totals: | 51,750.00 | 51,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Ford Motor Credit Corporation | Secured | 7,336.29 | 7,336.29 |
| 3. | Resurgent Capital Services | Unsecured | 24.93 | 130.81 |
| 4. | Resurgent Capital Services | Unsecured | 297.55 | 1,561.13 |
| 5. | ECast Settlement Corp | Unsecured | 578.00 | 3,032.53 |
| 6. | Resurgent Capital Services | Unsecured | 392.48 | 2,059.17 |
| 7. | Resurgent Capital Services | Unsecured | 420.38 | 2,205.61 |
| 8. | RoundUp Funding LLC | Unsecured | 910.59 | 4,777.46 |
| 9. | ECast Settlement Corp | Unsecured | 709.52 | 3,722.73 |
| 10. | ECast Settlement Corp | Unsecured | 147.52 | 774.02 |
| 11. | ECast Settlement Corp | Unsecured | 812.02 | 4,260.36 |
| 12. | Discover Financial Services | Unsecured | 382.57 | 2,007.21 |
| 13. | ECast Settlement Corp | Unsecured | 188.19 | 987.34 |
| 14. | American Express Travel Relate | Unsecured | 506.59 | 2,657.89 |
| 15. | ECast Settlement Corp | Unsecured | 481.36 | 2,525.51 |
| 16. | American Express Travel Relate | Unsecured | 662.10 | 3,473.77 |
| 17. | American Express Centurion | Unsecured | 542.99 | 2,848.86 |
| 18. | ECast Settlement Corp | Unsecured | 335.53 | 1,760.41 |
| 19. | Harris Bank | Unsecured | | No Claim Filed |
| 20. | Argent Care Inc | Unsecured | | No Claim Filed |
| 21. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 22. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 23. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| | | | $ 17,622.61 | $ 49,015.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Rodgers, Ronald E | Case Number:  04 B 27097 |
| | Judge:  Squires, John H |
| Printed:  6/3/08 | Filed:  7/21/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 560.62 |
| 4% | 114.44 |
| 3% | 101.14 |
| 5.5% | 572.84 |
| 5% | 161.85 |
| 4.8% | 341.61 |
| 5.4% | 882.40 |
| | _____ |
| | $ 2,734.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

